## 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

Donald Davis,

Vs. No. 11-11-00250-CV

Texas Department of Criminal
Justice et al.,

\* From the 259th District
Court of Jones County,
Trial Court No. 022544.

\* August 22, 2013

\* Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.